# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Case No. 2:14-CR-0008-JRG-RSP |
| | § | |
| BRANDON ANTONIO TAYLOR | § | |

## REPORT AND RECOMMENDATION OF
## THE UNITED STATES MAGISTRATE JUDGE

On November 22, 2024, the undersigned held a final hearing on the Government's petition (#43) to revoke supervised release. The Government was represented by Assistant United States Attorney Allen Hurst. The Defendant, Brandon Antonio Taylor, was represented by Ken Hawk.

Brandon Antonio Taylor was sentenced on April 28, 2015, before The Honorable Rodney Gilstrap of the Eastern District of Texas Marshall Division, after pleading guilty to the offense of Unlawful Transport of Firearms, Etc., a Class C felony. This offense carried a statutory maximum imprisonment term of 10 years imprisonment. The guideline imprisonment range, based on a total offense level of 21 and a criminal history category of IV, was 57 to 71 months. Brandon Antonio Taylor was subsequently sentenced to 120 months imprisonment to be followed by a 3-year term of supervised release subject to the standard conditions of release, plus special conditions to include financial disclosure, drug abuse treatment and testing, mental health treatment, and collection of DNA. On September 1, 2023, Brandon Antonio Taylor completed his period of imprisonment and began service of the supervision term.

On May 3, 2024, this petition to revoke was filed. In its petition, the Government alleges the Defendant violated the following conditions:

1) <u>Mandatory</u>:  The defendant shall not commit another federal, state, or local crime. Specifically, the Government alleges as follows: On April 11, 2024, Brandon Antonio Taylor was arrested by Marshall Police Department for the offenses of Unlawful Possession of a Firearm by a Felon; Evading Arrest Detention, a Class A Misdemeanor; Possession of a Controlled Substance Penalty Group 1/1-B >=1G<4G, a Felony; Unauthorized Use of a Motor Vehicle, a Felony; Possession of a Controlled Substance Penalty Group 2>=1G<4G, a Felony.

2) <u>Mandatory</u>:  The Defendant shall not unlawfully possess a controlled substance.  The defendant shall refrain from any unlawful use of a controlled substance.  The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court.  Specifically, the Government alleges as follows:  On April 11, 2024, Brandon Antonio Taylor was arrested by Marshall Police Department after he was found to be in possession of methamphetamine and Phencyclidine (PCP).  Brandon Antonio Taylor possessed methamphetamine and amphetamine as evidenced by his positive drug tests on February 9, 2024; Marsh 1, 2024; and March 19, 2024.

3) <u>Standard</u>:  The Defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons.  Specifically, the Government alleges as follows:  Brandon Antonio Taylor has failed to work regularly at a lawful occupation since September 1, 2023.

4) <u>Standard</u>:  The Defendant shall notify the probation officer at least ten days prior to any change in residence or employment.  Specifically, the Government alleges as follows: On March 28, 2024, the U.S. Probation Officer was notified that Brandon Antonio Taylor changed his residence.  He did not notify the U.S. Probation Officer of his change in residence.

5) <u>Standard</u>:  The Defendant shall refrain from excessive use of alcohol and shall not

purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician. Specifically, the Government alleges as follows: On January 31, 2024, Brandon Antonio Taylor submitted a urine specimen that was confirmed by the laboratory to not be consistent with human urine. On February 2, 2024, Brandon Antonio Taylor submitted a drug test that was positive for marijuana. On February 9, 2024; March 1, 2024; and March 19, 2024; Brandon Antonio Taylor submitted a drug test that was positive for methamphetamines and amphetamines.

6) <u>Mandatory</u>: The Defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. Specifically, the Government alleges as follows: On April 11, 2024, Brandon Antonio Taylor found to be in possession of two firearms and 9mm ammunition after he was arrested by the Marshall Police Department.

The Court scheduled a revocation hearing for November 22, 2024. At the hearing on the Government's petition, and after consenting to the undersigned taking the plea, the Defendant pled true to allegation #2 as set forth above. Based on the Defendant's plea of true to the allegations, and with no objection by the Defendant or the Government, the undersigned found that the Defendant did violate conditions of his supervised release, as alleged in the U.S. Probation Office's petition.

The undersigned thereafter recommended that the Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for twelve months + one day, with no supervised release to follow such term of imprisonment. The Court recommended service of sentence at Florence, Colorado. Based on the foregoing, it is

**RECOMMENDED** that the Defendant's plea of true to allegation #2, as set forth in the Government's petition, be **ACCEPTED**. Based upon the Defendant's plea of true to the

allegation, it is further recommended that the Court find that the Defendant violated the conditions of his supervised release. It is further

**RECOMMENDED** that the Defendant's supervised release be **REVOKED**. It is further **RECOMMENDED** that the Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of twelve months + one day, with no supervised release to follow such term of imprisonment. The Court recommended service of sentence at Florence, Colorado.

At the close of the November 22, 2024 revocation hearing, Defendant, defense counsel, and counsel for the Government each signed a standard form waiving their right to object to the proposed findings and recommendations contained in this report, consenting to revocation of supervised release as recommended herein and to the imposition of the above sentence. Defendant also waived his right to be present and speak before the District Judge imposes the recommended sentence. Therefore, the Court may act on the findings and recommendation immediately.

**SIGNED this 22nd day of November, 2024.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE